

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -v-

LESLIE CORRETJER, and
CHRISTOPHER CABASSA,

                Defendants.

- - - - - - - - - - - - - - - - - - x

**INDICTMENT**

07 Cr.

**07 CRIM 770**

## COUNT ONE

The Grand Jury charges:

1. On or about July 23, 2007, in the Southern District of New York and elsewhere, LESLIE CORRETJER and CHRISTOPHER CABASSA, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that LESLIE CORRETJER and CHRISTOPHER CABASSA, the defendants, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 grams and more of mixtures and substances containing cocaine base (in a form commonly known as "crack"), in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

Overt Acts

3.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a.  On or about July 23, 2007, LESLIE CORRETJER and CHRISTOPHER CABASSA, the defendants, cooked and packaged crack cocaine in an apartment in the Bronx, New York.

(Title 21, United States Code, Section 846.)

**Forfeiture Allegation**

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, LESLIE CORRETJER and CHRISTOPHER CABASSA, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

**Substitute Asset Provision**

5.  If any of the above-described forfeitable property, as a result of any act or omission of LESLIE CORRETJER and CHRISTOPHER CABASSA, the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of LESLIE CORRETJER and CHRISTOPHER CABASSA, the defendants, up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

LESLIE CORRETJER, and
CHRISTOPHER CABASSA,

Defendants.

**INDICTMENT**

07 Cr.

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

8/17/07 TLC Post 11/1/57 indictment filed.
Assigned to Judge Holwell.

Peek, MJ