

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

VIA FACSIMILE
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

Re: **United States v. Christopher Cabassa, et al**, 07 Cr. 770 (RJH)

Dear Judge Holwell:

The next pre-trial conference in the above-referenced case has been re-scheduled for January 3, 2008. In the meantime, the Government will produce any additional discovery and the parties will continue to seek a disposition of the case. Accordingly, the Government respectfully requests, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act from today until January 3, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Arianna R. Berg
Assistant United States Attorney
(212) 637-2551

cc: Daniel Parker, Esq. (by fax)
    Peggy Cross, Esq. (By fax)

[Handwritten annotations:]
Next PTC 01/03/08 @ 12:00pm.

Time excluded under the STA from today to 1/3/08 in the interests of justice for the reasons stated above.

SO ORDERED
*[signature]*
USDJ
12/19/07