**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED MAY 9 2008
CHAMBERS OF
RICHARD J. HOLWELL

May 9, 2008

VIA FACSIMILE
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

    Re: <u>United States</u> v. <u>Leslie Corretjer, et al</u>, 07 Cr. 770 (RJH)

Dear Judge Holwell:

    The next pre-trial conference in the above-referenced case has been re-scheduled for May 30, 2008. In the meantime, the the parties are continuing to seek a disposition of the case. Accordingly, the Government respectfully requests, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act from today until May 30, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

*[Handwritten: Time is excluded under the STA in the interests of justice for the above stated reason.*
*SO ORDERED*
*[signature] USDJ*
*5/12/08]*

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                      By: [signature] Arianna Berg
                            Arianna R. Berg
                            Assistant United States Attorney
                            (212) 637-2551

cc: Peggy Cross, Esq. (By fax)