**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

VIA FACSIMILE
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

Re: **United States v. Leslie Corretjer, et al**, 07 Cr. 770 (RJH)

Dear Judge Holwell:

Due to a recent chicken pox outbreak at the MCC, the next pre-trial conference in the above-referenced case has been re-scheduled for July 10, 2008 at 11:30 am. In the meantime, the parties are continuing to seek a disposition of the case. Accordingly, the Government respectfully requests, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act from June 2, 2008 (the former conference date) until July 10, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

*Application Granted*
*Time excluded from*
*6/2/08 to 7/10/08 in the*
*interests of justice and for*
*the reasons stated*
*above*
*SO ORDERED*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Arianna R. Berg
Assistant United States Attorney
(212) 637-2551

*USDJ*
*5/28/08*

cc: Peggy Cross, Esq. (By fax)

TOTAL P.002